In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-123 CV


____________________



ROY E. ADDICKS, JR., Appellant



V.



CATHERINE M. ADDICKS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 03-01-00775-CV






MEMORANDUM OPINION (1)


 Roy E. Addicks, Jr. appeals the final decree in a suit for divorce. The appeal is
submitted on the record of the indigence hearing because the trial court sustained contests
filed by the district clerk and the court reporter. See In re Arroyo, 988 S.W.2d 737
(Tex.1998).


 The appeal was submitted without briefs because the appellant failed to file his brief
by the October 1, 2004, due date. See Tex. R. App. P. 38.8(a)(2). The appellant did not
request an extension of time to file the brief. See Tex. R. App. P. 38.6(d). On October
27, 2004, we notified the parties that the appeal would be advanced without oral argument.
See Tex. R. App. P. 39.9. 

 We have reviewed the record for fundamental error, and find none. The judgment
of the trial court is affirmed.

 AFFIRMED.

 PER CURIAM


Submitted on November 17, 2004

Opinion Delivered December 2, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.